ORIGINAL

KENJI M. PRICE #10523
United States Attorney
District of Hawaii

DARREN W.K. CHING #6903
Assistant U.S. Attorney
KAUANOE JACKSON #8659
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
Darren.Ching@usdoj.gov
Kauanoe.Jackson@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA



FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
AUG 21 2019
at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

SEALED
BY ORDER OF THE COURT

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>TIMOTHY SAMUEL HUGH EMORY,<br><br>　　　　Defendant. | CR. NO. CR 19-00109 JAO<br><br>INDICTMENT<br><br>[18 U.S.C. §§ 922(g)(1), 922(g)(3), and 924(a)(2)] |

INDICTMENT

The Grand Jury charges:

<u>Count 1</u>
Felon in Possession of a Firearm
(18 U.S.C. § 922(g)(1))

On or about February 19, 2019, within the District of Hawaii, TIMOTHY SAMUEL HUGH EMORY, the defendant, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, knowingly possessed in and affecting commerce a firearm, that is an AR-15, which had been shipped or transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

<u>Count 2</u>
Unlawful User of a Controlled Substance in Possession of a Firearm
(18 U.S.C. § 922(g)(3))

On or about February 19, 2019, within the District of Hawaii, TIMOTHY SAMUEL HUGH EMORY, the defendant, being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, that is marijuana, and knowing that he was a user of marijuana, knowingly possessed in and affecting commerce a firearm, that is an AR-15, which had been shipped or transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(2).

<u>Count 3</u>
Felon in Possession of Ammunition
(18 U.S.C. § 922(g)(1))

On or about February 19, 2019, within the State of Hawaii, TIMOTHY SAMUEL HUGH EMORY, the defendant, having previously been convicted of a crime punishable by imprisonment for a term exceeding one year, and knowing that he had been convicted of such a crime, knowingly possessed in and affecting commerce ammunition, that is approximately 131 rounds of .223 caliber ammunition, which had been shipped or transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

<u>Count 4</u>
Unlawful User of a Controlled Substance in Possession of Ammunition
(18 U.S.C. § 922(g)(3))

On or about February 19, 2019, within the State of Hawaii, TIMOTHY SAMUEL HUGH EMORY, the defendant, being an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, that is marijuana, and knowing that he was a user of a marijuana, knowingly possessed in and affecting commerce

\\
\\
\\
\\
\\

ammunition, that is approximately 131 rounds of .223 caliber ammunition, which had been shipped or transported in interstate commerce.

All in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

DATED: August 21, 2019, at Honolulu, Hawaii.

A TRUE BILL

/s/ Foreperson
FOREPERSON, GRAND JURY

_____
MICHAEL NAMMAR
Chief, Criminal Division
District of Hawaii

_____
DARREN W.K. CHING
Assistant U.S. Attorney
KAUANOE JACKSON
Special Assistant U.S. Attorney

United States v. Timothy Samuel Hugh Emory
Indictment
Cr. No. CR19-00109 JAO